# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 14, 2020

## NO. 03-19-00559-CV

### Clayton Nielson, Jason Nelson, and
### Nationwide Spas, Inc. d/b/a Paradise Spas and Outdoor Living, Appellants

**v.**

### Marian Upchurch, Appellee

**APPEAL FROM COUNTY COURT AT LAW NO. 2 OF HAYS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES BAKER AND TRIANA
DISMISSED ON JOINT MOTION -- OPINION BY JUSTICE BAKER**

This is an appeal from the judgment signed by the trial court on May 28, 2019. The parties have filed a joint motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Appellants shall pay all costs relating to this appeal, both in this Court and in the court below.